[No. 9403–7–II.  Division Three.  May 29, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW C. BORDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 85–1–00069–8, William E. Howard, J., entered December 13, 1985. *Reversed* by unpublished opin-

ion per Thompson, J., concurred in by McInturff, C.J., and Green, J.